# Third District Court of Appeal

## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2111
Lower Tribunal No. 20-24934

————————

**GSS18, LLC,**
Appellant,

vs.

**Frederic Bouin, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

EPGD Attorneys at Law, P.A., and Samuel J. Gittle, for appellant.

GrayRobinson, P.A., and Christopher N. Johnson, for appellee Gina DiSabatino.

Before FERNANDEZ, C.J., and MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.